1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BUFORD,

      Plaintiff,                      No. CIV S-09-1869 KJM P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

      Defendants.                ORDER

_____/

        Plaintiff has requested that this action be dismissed without prejudice (Docket No. 5). Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: November 19, 2009.

_____
U.S. MAGISTRATE JUDGE

---

1
bufo1969.fifp

1